FILED
SEP 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael MARGOLIS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U-HAUL International, Inc.,<br><br>Defendant. | Case: 1:07-cv-01648<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 9/19/2007<br>Description: General Civil |

## DISCLOSURE STATEMENT ON BEHALF OF
## DEFENDANT U-HAUL INTERNATIONAL

Pursuant to Fed. R. Civ. P. 7.1, Defendant U-Haul International, Inc. certifies that it is not publicly held. AMERCO, Inc., a public company, owns 100% of U-Haul International, Inc.

DEFENDANT,
U-HAUL INTERNATIONAL, INC.

By_____
David Zetoony (D.C. Bar No. 486456)
Bryan Cave LLP
700 13th St. N.W. Ste 700
Washington, D.C. 20005
(202) 508-6030 (phone)
(202) 220-7330 (fax)
David.Zetoony@bryancave.com

Of Counsel:
Lawrence G. Scarborough, Esq.
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)
(602) 364-8137 (fax)
lgscarborough@bryancave.com