IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael MARGOLIS, on behalf of himself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:07-cv-01648 (R.C.)<br>)<br>) |
| U-HAUL International, Inc., | )<br>) |
| Defendant. | )<br>) |

**CONSENT MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES
TO ENLARGE TIME FOR RESPONDING TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) the Defendant, U-Haul International, Inc., respectfully moves this Court for an order, in the form annexed hereto, enlarging the time within which the Defendant may file an answer or other motion addressed to the Complaint to, and including, October 19, 2007. In support of this motion, Defendant includes the following statement of points and authorities:

1. Defendant received a copy of the Summons and Complaint which the Plaintiff filed in Superior Court by certified mail on August 31, 2007.

2. The Defendant has since removed this case to this Court.

3. An extension of time is warranted in order to allow counsel to review and adequately respond to the Complaint.

1

4. Pursuant to Local Rule 7.1(m) Counsel for the Plaintiff, Steven Skalet, has been consulted regarding this Motion. Mr. Skalet has consented to the extension of time requested herein.

5. This is the first motion for extension of time filed by Defendant with respect to the time to file an answer or other motion addressed to the Complaint.

A proposed form of order accompanies this Motion.

                    Respectfully submitted,

                    **DEFENDANT,**
                    U-HAUL INTERNATIONAL, INC.

By_____/s/_____
   David Zetoony (D.C. Bar No. 486456)
   Bryan Cave LLP
   700 13th St. N.W. Ste 700
   Washington, D.C. 20005
   (202) 508-6030 (phone)
   (202) 220-7330 (fax)
   David.Zetoony@bryancave.com

Of Counsel:
Lawrence G. Scarborough, Esq.[*]
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)
(602) 364-8137 (fax)
lgscarborough@bryancave.com

---

[*] Mr. Scarborough is not a member of this Court.

2

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail, postage prepaid, on September 21, 2007, upon all counsel of record, as follows:

Steven A. Skalet
Mehri & Skalet, P.L.L.C.
1250 Connecticut Ave., N.W. Ste 300
Washington D.C. 20036
202-822-5100

*Counsel for Plaintiff Michael Margolis*

_____/s/_____
David Zetoony

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael MARGOLIS, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:07-cv-01648 (R.C.) |
| U-HAUL International, Inc., | ) ) ) |
| Defendant. | ) ) |

**PROPOSED ORDER**

Upon consideration of the Defendants' Consent Motion to Enlarge Time for Responding to Complaint it is hereby **ORDERED** that Defendant's Motion be, and hereby is, **GRANTED**, such that the time for Defendant to file an answer or other motion addressed to the Complaint shall extend to, and include, October 19, 2007.

_____          _____
Date                                            The Honourable Rosemary M. Collyer
                                                United States District Court for the District of Columbia

Copies to:

Steven A. Skalet
Mehri & Skalet, P.L.L.C.
1250 Connecticut Ave., N.W. Ste 300
Washington D.C. 20036
202-822-5100 (phone)

*Counsel for Plaintiff Michael Margolis*

David Zetoony (D.C. Bar No. 486456)
Bryan Cave LLP
700 13th St. N.W. Ste 700
Washington, D.C. 20005
(202) 508-6030 (phone)

*Counsel for Defendant U-Haul International, Inc.*