# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Michael MARGOLIS, on behalf of himself and others similarly situated, Address: Paseo de la Presa 112-4 Barrio La Presa, Guanajuato, GTO, Mexico<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U-HAUL International, Inc., Address: 2727 North Central Ave Phoenix, Arizona 85004<br>　　　　　　Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:07-cv-01648 (R.C.) ) ) ) ) ) ) ) ) ) |

## NOTICE OF NAMES AND ADDRESSES
## OF PARTIES AND ATTORNEYS

Pursuant to Local Rule 11.1 the Defendant, submits this notice to the Court of the names and addresses of the Defendant, and counsel:

1. The Defendant, U-Haul International, Inc., is a Nevada corporation with its principal place of business at 2727 North Central Avenue in Phoenix, Arizona 85004.

2 of 2

Respectfully submitted,

**DEFENDANT,**
U-HAUL INTERNATIONAL, INC.


By_____/s/_____
   David Zetoony (D.C. Bar No. 486456)
   Bryan Cave LLP
   700 13th St. N.W. Ste 700
   Washington, D.C. 20005
   (202) 508-6030 (phone)
   (202) 220-7330 (fax)
   David.Zetoony@bryancave.com

Of Counsel:
Lawrence G. Scarborough, Esq.[*]
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)
(602) 364-8137 (fax)
lgscarborough@bryancave.com

---

[*] Mr. Scarborough is not a member of this Court.

## **CERTIFICATION OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served electronically upon all counsel of record, as follows:

Steven A. Skalet
Mehri & Skalet, P.L.L.C.
1250 Connecticut Ave., N.W. Ste 300
Washington D.C. 20036
202-822-5100

*Counsel for Plaintiff Michael Margolis*

                                                                    /s/
                                                   David Zetoony