IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MARGOLIS, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U-HAUL INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Civil Action No. 07-CV-1648 (RC)<br><br><br><br>**NOTICE OF ERRATA** |

　　　　Plaintiff Michael Margolis, by and through his attorney, Steven A. Skalet, and the law firm of Mehri & Skalet, PLLC, respectfully submits this Notice of Errata for his Complaint, filed in Superior Court for the District of Columbia on July 30, 2007, and removed to this court on September 18, 2007.

　　　　Due to an inadvertent error, the Complaint did not include Exhibit A, referenced therein. Plaintiff attaches Exhibit A herewith, for inclusion in the Complaint.

DATED this 10th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Steven A. Skalet
　　　　　　　　　　　　　　　　　　　　　　Steven A. Skalet (SS-7461)
　　　　　　　　　　　　　　　　　　　　　　**MEHRI & SKALET, PLLC**
　　　　　　　　　　　　　　　　　　　　　　1250 Connecticut Ave, N.W.
　　　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 822-5100
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 822-4997

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1

# EXHIBIT A

# U-HAUL®
uhaul.com

**Let uhaul.com find Your Truck**
- No Waiting – Help 24/7
- Online Rates & Reservations
- Complete Product Information
- Loading, Unloading & More™
- Location Finder & Maps

Make Your Reservation Now!
▶ uhaul.com

ices You Can Afford™

## U-Haul® Advantages: U-MOVE® • U-STORE™
- Convenient locations nationwide to save you time & money!
- Newest trucks for household movers!
- Lowest Decks™ & widest ramps save you half the work
- Exclusive Mom's Attic® and Padded Rub Rails protect your fragile items and household belongings
- FREE 24-Hour Road Service, your helping hands along the way®
- FREE Moving Guide
- U-Haul offers one month FREE storage on one-way rentals! Ask us for information
- 1-800-GO-U-HAUL

eMove® Moving Help™

OPEN 7 DAYS!

**Moving Made Easier®**

COMPLETE LINE OF MOVING SUPPLIES
Boxes To Your Door!®
uhaul.com
U-HAUL® Centers Accept Checks

$19.95 IN-TOWN® + MILEAGE — AUTO TRANSPORTS / 6'–12' OPEN & ENCLOSED TRAILERS
$29.95 IN-TOWN® + MILEAGE — PICKUP AND UTILITY VAN / 1-2 ROOMS 10' OR 14' VAN
$39.95 IN-TOWN® + MILEAGE — 1-2 BEDROOM HOME/APT. 14' OR 17' VAN / 3-4 BEDROOM HOME 24' OR 26' VAN



| Location | Address | Days | Phone |
|---|---|---|---|
| ngton DC | **1750 Bladensburg Rd NE (@ New York Ave) | (7 days) | 202 529-4676 |
| | BAFB 1100 ABG/SSRV (Military Members Only) | | 202 767-4571 |
| | **1501 S Capitol St SW (@ P St) | (7 days) | 202 554-2640 |
| | **26 K St NE (@ 1st NE) | (7 days) | 202 289-5480 |
| | 5016 Rock Creek Church Rd NE (E Of N Capitol St) | | 202 526-1082 |
| | 919 U St NW (Btwn 9th & Vermont) | (7 days) | 202 462-4644 |
| | 950 Upshur St NW (Georgia Ave) | | 202 829-0399 |
| | 2215 5th St NE (@ Rhode Island Ave) | (7 days) | 202 269-1200 |
| l Heights MD | **8671 Central Ave (@ 495) | (7 days) | 301 350-3544 |
| ersburg MD | **8501 Snouffer School Rd (N Of Rte 124) | (7 days) | 301 977-4130 |
| | 7831 Beechcraft Ave (Montgomery Air Park) | (7 days) | 301 977-6774 |
| sville MD | **2421 Chillum Rd (@ Queens Chapel Rd) | (7 days) | 301 403-1521 |
| ver MD | **3900 Whitetire Rd (W Of 495/50 Jct) | (7 days) | 301 583-8932 |
| ille MD | **12025 Parklawn Dr (@ Randolph) | (7 days) | 301 231-9469 |
| nd MD | *4599 Allentown Rd (@ I-95/By Andrews AFB) | (7 days) | 301 736-7300 |
| | *3710 St Barnabas Rd (@ Branch Ave) | (7 days) | 301 423-0055 |
| a Park MD | *6889 New Hampshire Ave (@ Rte 410 & Rte 650) | (7 days) | 301 270-6400 |
| ton VA | *5654 Columbia Pke (E Of Rte 7) | (7 days) | 703 931-7897 |
| hurch VA | *1107 W Broad St (E Of 495) | (7 days) | 703 534-2345 |
| | **2920 Gallows Rd (Btwn 29 & 50) | (7 days) | 703 573-0534 |
| VA | **8207 Terminal Rd (@ Backlick) | (7 days) | 703 339-9830 |
| bridge VA | **14523 Telegraph Rd (@ Gideon) | (7 days) | 703 490-1444 |

*nter/**Self-Storage and Moving Center  (Open 7 Days Bold)

Go To ▶ uhaul.com For a Map To Your Nearest Locations