IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

MICHAEL MARGOLIS,

            Plaintiff,

v.                                                                           Case No. 1:07-cv-1648-RMC

U-HAUL INTERNATIONAL, INC.,                    **MOTION TO ADMIT COUNSEL**
                                                                             ***PRO HAC VICE***
            Defendant.

---

PURSUANT TO RULE 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, I, Steve A. Skalet, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Craig L. Briskin to appear and participate as co-counsel in the above-captioned action.

Movant represents that Mr. Briskin is a member in good standing of the Bar of the States of New York and Massachusetts, as attested by the accompanying certificates from the courts.

Mr. Briskin's relevant identifying information is as follows: Business address: 1250 Connecticut Ave., NW, Suite 300, Washington, D.C., 20036. Business telephone: (202) 822-5100. Business fax: (202) 822-4997. Business e-mail address: cbriskin@findjustice.com.

Respectfully submitted this 23[nd] day of October, 2007.

/s/ Steven A. Skalet

Steven A. Skalet, Esq. (SS-7461)
**MEHRI & SKALET, PLLC**
1250 Connecticut Ave, N.W.
Suite 300
Washington, D.C. 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL MARGOLIS,

                 Plaintiff,

v.                                             Case No. 1:07-cv-1648-RMC

U-HAUL INTERNATIONAL, INC.,         **DECLARATION OF**
                                                     **CRAIG L. BRISKIN**
                 Defendant.

       I, Craig L. Briskin, declare under penalty of perjury that the following is true and correct:

       1.      My full name is Craig Louis Briskin.

       2.      I am an associate in the law firm of Mehri & Skalet, PLLC, which is counsel for the Plaintiff in the case.  My business address is 1250 Connecticut Avenue, Suite 300, Washington, D.C. 20036.  My business telephone number is 202-822-5100, my business fax number is 202-822-4997, and my business e-mail address is cbriskin@findjustice.com.

       3.      I am a member in good standing of the Bar of the States of New York and Massachusetts.

       4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

       5.      I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

       6.      I practice law at Mehri & Skalet, PLLC, in Washington, D.C., and I have a pending application for membership for the District of Columbia Bar.

Dated:          October 23, 2007

City, State:    Washington, D.C.

                                       Respectfully submitted,

                                       _/s/ Craig L. Briskin_
                                       Craig L. Briskin
                                       Mehri & Skalet, PLLC
                                       1250 Connecticut Ave., Suite 300
                                       Washington, DC 20036
                                       Telephone: 202-822-5100
                                       Facsimile: 202-822-4997

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourth** day of **February** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

### Craig L. Briskin

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-eighth** day of **September** in the year of our Lord **two thousand and seven**.

*Maura S. Doyle*
MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

*I, JOANN M. WAHL, Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that*

## CRAIG LOUIS BRISKIN

*was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on,* **January 20, 2000**, *and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.*



**IN WITNESS WHEREOF**, *I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, September 26, 2007.*

_____
*Clerk of the Court*