IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MARGOLIS,<br><br>    Plaintiff,<br>v.<br><br>U-HAUL INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 1:07-cv-1648-RMC |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Ellen Eardley of the law firm of Mehri & Skalet, PLLC, 1250 Connecticut Ave., N.W., Suite 300, Washington, DC 20036, as co-counsel for the Plaintiff in the above-captioned case.

Respectfully submitted this 29th day of October 2007.

        /s/ Ellen L. Eardley
        Ellen L. Eardley, (D.C. Bar No. 488741)
        Steven Skalet (D.C. Bar No. 359804)
        Craig Briskin*
        Mehri & Skalet, PLLC
        1250 Connecticut Ave., N.W., Suite 300
        Washington, DC 20036
        (202) 822-5100
        eeardley@findjustice.com

        *Attorneys for the Plaintiff*
        *Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

David Zetoony
Bryan Cave LLP
700 13th St. N.W. Ste 700
Washington, D.C. 20005
(202) 508-6030 (phone)

Of Counsel:
Lawrence G. Scarborough, Esq.
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)

                                                         /s/ Ellen Eardley
                                                         Ellen L. Eardley