IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL MARGOLIS,

                Plaintiff,

v.                                                Case No. 1:07-cv-1648-RMC

U-HAUL INTERNATIONAL, INC.,

                Defendant.

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANT'S MOTION TO STRIKE AND DISMISS AND FOR ENLARGEMENT OF TIME TO REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, by and through his undersigned counsel, respectfully files this motion to (1) grant an enlargement of time up to and including Thursday, November 7, 2007 for Plaintiff to file his memorandum in opposition to Defendant's Motion to Strike the Class Allegations and to Dismiss the Complaint; and (2) grant an enlargement of time up to and including Monday, November 19, 2007 for Defendant to file its reply memorandum. The parties have conferred as required by U.S. District Court of the District of Columbia Local Rule 7(m), and both parties consent to the relief sought in this Motion.

A memorandum in support of this motion and a proposed order accompany this Motion.

October 29, 2007                                                            Respectfully submitted,

                                                                             /s/ Steven A. Skalet
                                                                             Steven A. Skalet (DC No. 359804)
                                                                             Craig L. Briskin*
                                                                              MEHRI & SKALET, PLLC
                                                                             1250 Connecticut Ave., N.W.
                                                                             Suite 300
                                                                             Washington, DC 20036
                                                                             (202) 822-5100
                                                                             *Attorneys for the Plaintiff*
                                                                             *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

David Zetoony
Bryan Cave LLP
700 13th St. N.W. Ste 700
Washington, D.C. 20005
(202) 508-6030 (phone)

Of Counsel:
Lawrence G. Scarborough, Esq.
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)

                                                   /s/ Steve Skalet
                                                   Steve Skalet