IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL MARGOLIS,

                Plaintiff,

v.                                                                            Case No. 1:07-cv-1648-RMC

U-HAUL INTERNATIONAL, INC.,

                Defendant.

**MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO OPPOSE MOTION TO STRIKE AND DISMISS AND FOR ENLARGEMENT OF TIME TO REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs, by and through their undersigned counsel, state, as follows:

This action was filed by Plaintiff in the Superior Court of the District of Columbia. Defendant removed this action to this Court on September 19, 2007. On September 21, 2007, the Court ordered the Defendant to file an answer or responsive pleading by October 19, 2007. On October 17, 2007, the Defendant filed a Motion to Strike Class Allegations and to Dismiss the Complaint.

Pursuant to Local Rule 7(b), Plaintiff's Opposition to the Motion to Strike and Dismiss would be due 11 days after the motion, on October 31, 2007. As required by Local Rule 7(m), Plaintiff has conferred with Defendant to request additional time to file his opposition.

Plaintiff respectfully requests that the Court grant an enlargement of time up to and including Thursday, November 7, 2007 for Plaintiff to file his Opposition to Defendant's Motion to Strike and Dismiss. Plaintiff further requests that the Court grant

an enlargement of time for Defendant to file its Reply in Support of it Motion to Strike and Dismiss up to and including Monday, November 19, 2007.

October 29, 2007                              Respectfully submitted,

/s/ Craig Briskin
Steven A. Skalet (DC No. 359804)
Craig L. Briskin*
MEHRI & SKALET, PLLC
1250 Connecticut Ave., N.W.
Suite 300
Washington, DC 20036
(202) 822-5100
*Attorneys for the Plaintiff*
*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

David Zetoony
Bryan Cave LLP
700 13th St. N.W. Ste 700
Washington, D.C. 20005
(202) 508-6030 (phone)

Of Counsel:
Lawrence G. Scarborough, Esq.
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)

                                                                                   /s/ Craig Briskin
                                                                                  Craig Briskin

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL MARGOLIS,

                Plaintiff,

v.                                                Case No. 1:07-cv-1648-RMC

U-HAUL INTERNATIONAL, INC.,

                Defendant.

**[PROPOSED] ORDER**

This matter having coming before the Court on Plaintiff's Consent Motion for Enlargement of Time to Oppose Defendant's Motion to Strike and Dismiss and For Enlargement of Time to Reply, and the Court having reviewed the Motion and supporting Memorandum, and for good cause shown:

**IT IS SO ORDERED** that Plaintiff's Consent Motion for Enlargement of Time to Oppose Defendant's Motion to Strike and Dismiss and for Enlargement of Time for Defendant to Reply is hereby **GRANTED**. The deadlines shall be changed accordingly:

1. Plaintiff's Opposition to Defendant's Motion to Strike and Dismiss is due November 7, 2007;

2. Defendant's Reply in Support of Defendant's Motion to Strike and Dismiss is due November 19, 2007.

Dated: This _____ day of _____, 2007.

                                                      _____
                                                      U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, a copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all counsel of record, as follows:

David Zetoony
Bryan Cave LLP
700 13th St. N.W. Ste 700
Washington, D.C. 20005
(202) 508-6030 (phone)

Of Counsel:
Lawrence G. Scarborough, Esq.
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)

                                                                                           /s/ Steve Skalet
                                                                                           Steve Skalet