**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____
                                        )
MICHAEL MARGOLIS,                       )
on behalf of himself and others         )
similarly situated,                     )
                        Plaintiff,      )
v.                                      )          Case No. 1:07-cv-1648-RMC
                                        )
U-HAUL INTERNATIONAL, INC.,             )
                        Defendant.      )
_____)

## REQUEST FOR STATUS CONFERENCE

Plaintiff requests that the Court schedule a status conference to review the status of pending motions in this case and to otherwise advance the orderly administration of the case. On October 17, 2007, Defendant filed a Motion to Dismiss and to Strike Class Allegations. (Docket No. 6). Plaintiff opposed this motion. (Docket No. 11). Thereafter, Plaintiff propounded Requests for Production of Documents and Interrogatories on Defendant. On January 7, 2008, Defendant filed a Motion to Stay Discovery and for a Protective Order. (Docket No. 16). Plaintiff opposed this motion. (Docket No. 17). Defendant has not responded to any of Plaintiff's outstanding discovery requests, and the case has stalled. Therefore, Plaintiff requests that the Court schedule a status conference to address the pending motions and related case management matters.

Dated: May 9, 2008                      Respectfully Submitted,
                                        /s/ Ellen L. Eardley
                                        Steven A. Skalet (D.C. Bar No. 359804)
                                        Craig L. Briskin*
                                        Ellen L. Eardley (D.C. Bar No. 488741)
                                        Mehri & Skalet, PLLC
                                        1250 Connecticut Ave., N.W., Suite 300
                                        Washington, DC  20036
                                        (202) 822-5100
                                        *Attorneys for the Plaintiff*
                                        *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the forgoing was electronically filed

with the Court and the following Counsel of Record this 9th day of May, 2008:

David Zetoony
Bryan Cave LLP
700 13th St. N.W. Ste 700
Washington, D.C. 20005
(202) 508-6030 (phone)

/s/ Ellen L. Eardley
Ellen L. Eardley