UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael MARGOLIS, on behalf of himself and others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 1:07-cv-01648 (R.C.) |
| v. | ) ) |
| U-HAUL International, Inc., | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF FILING PETITION
WITH THE D.C. CIRCUIT FOR PERMISSION
TO APPEAL PURSUANT TO 28 U.S.C. § 1453 (c)
FROM ORDER OF REMAND**

The Defendant U-Haul International, Inc. ("UHI") submits this notice to inform the Court that on September 12, 2008, UHI petitioned the United States Court of Appeals for the District of Columbia to accept an appeal of this Court's September 8, 2008, remand order.  [Docket 25]

                                        Respectfully submitted,

                                        **DEFENDANT,**
                                        U-HAUL INTERNATIONAL, INC.

                                        By_____/s/_____
                                            David Zetoony (D.C. Bar No. 486456)
                                          Bryan Cave LLP
                                          700 13th St. N.W. Ste 700
                                          Washington, D.C. 20005
                                          (202) 508-6030 (phone)
                                          (202) 220-7330 (fax)
                                          David.Zetoony@bryancave.com

Of Counsel:
Lawrence G. Scarborough, Esq.[*]
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)
(602) 364-8137 (fax)
lgscarborough@bryancave.com

---

[*] Mr. Scarborough is not a member of this Court.